No. State 255. MONTES, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 219 N. W. 2d 410.)

The cause was submitted for the plaintiff in error on the brief of *Howard B. Eisenberg,* state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Christine M. Wiseman,* assistant attorney general.

Judgment and order affirmed.